UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bobby Mataara Owens

    v.                            Case No. 17-cv-180-SM

U.S. Department of Homeland Security,
Secretary

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 5, 2017, for the reasons set forth therein. Defendant's Motion to Dismiss is hereby granted (document no. 6). Plaintiff's Motion to Appoint Counsel (document no. 8) is denied as moot.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The Clerk of Court shall enter judgment in accordance with

this order and close the case.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: October 26, 2017

cc:   Bobby Mataara Owens, pro so
      Terry Ollila, AUSA